IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 3:26-CR-O____ |
| | ) |
| v. | ) Conspiracy to Distribute Methamphetamine |
| | ) 21 U.S.C. §§ 846, 841(a)(1) & |
| ELLIOT DAVIS, | ) (b)(1)(A)(viii) |
| | ) (Count One) |
| Defendant. | ) |
| | ) Distribution of 50 grams or more of actual |
| | ) Methamphetamine |
| | ) 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) |
| | ) (Count Two) |

January 2026 Term – at Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Conspiracy to Distribution Methamphetamine)

Beginning in or about February 2025 and continuing up through and including March 23, 2025, in the Eastern District of Virginia, the defendant, ELLIOT DAVIS, did knowingly and intentionally, combine, conspire, confederate and agree with others, known and unknown, to distribute fifty grams or more of actual methamphetamine, a Scheduled II controlled substance.

(In violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(viii)).

### COUNT TWO
(Distribution of 50 grams or more of Actual Methamphetamine)

On or about March 23, 2025, in the Eastern District of Virginia, the defendant, ELLIOT DAVIS, knowingly and intentionally, distributed fifty grams or more of actual methamphetamine, a Scheduled II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

If property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 21, United States Code, Sections 853(a) and 853(p)).

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

By: _____
Eric Gilliland
Special Assistant United States Attorney

2